435 A.2d 1306

Commonwealth v. Morris, Jr., Appellant.

Argued June 9, 1980. Douglas Breidenbach, Assistant Public Defender, for appellant; Joseph Hylan, Assistant District Attorney, for Commonwealth, appellee.

Before HESTER, CAVANAUGH and VAN der VOORT, JJ.

Order affirmed.

435 A.2d 1306

Commonwealth v. Nelson, Appellant.

Submitted March 4, 1981. Thomas G. Klingensmith, Assistant Public Defender, for appellant; Michael H. Ranck, District Attorney, for appellee.

Before CERCONE, P. J., and WICKERSHAM and BROSKY, JJ.

Judgment of sentence of the lower court is affirmed.